CHARLES GASTON, APPELLANT, *v.* WARDEN, NEVADA STATE PRISON, RESPONDENT.

No. 7588

March 27, 1975                              533 P.2d 464

*Rodlin Goff,* State Public Defender, and *Gary Sheerin,* Deputy Public Defender, Carson City, for Appellant.

*Robert List,* Attorney General, Carson City; *Larry R. Hicks,* District Attorney, and Kathleen M. Wall, Assistant Chief Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

Charles Gaston pleaded guilty to battery with the intent to commit rape and to carrying a concealed weapon and was sentenced to a term of seven years in the Nevada State Prison.

Gaston's contention of denial of his right to counsel based on being represented by ineffective counsel finds no support in the record on appeal based on the standard set out in Founts v. Warden, 89 Nev. 280, 511 P.2d 111 (1973); see also, Warden v. Lischko, 90 Nev. 221, 523 P.2d 6 (1974); nor does Gaston's allegation overcome the evidence presented at the evidentiary hearing on his petition for post-conviction relief and the presumption that his attorney fully discharged his duties. Warden v. Lischko, supra; Lundy v. Warden, 89 Nev. 419, 514 P.2d 212 (1973); Smithart v. State, 86 Nev. 925, 478 P.2d 576 (1970).

Gaston's assertion that he was denied an evidentiary hearing as to the truth or falsity of an alleged promise by defense counsel that he would be sentenced to no more than five years if he pleaded guilty to lesser charges is unfounded. The record clearly indicates that Gaston was given an evidentiary hearing on his petition for post-conviction relief in which this issue was raised and resolved against him as being unsupported by the evidence. The record further indicates that his guilty pleas were knowingly and voluntarily entered. Armstrong v. Warden, 90 Nev. 8, 518 P.2d 147 (1974).

Affirmed.